Form OSTRK1 (12/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| IN RE: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Casey Shann**<br>348 Poplar Lane<br>Mason, MI 48854<br>SSN: xxx–xx–0797<br>**Jennifer Shann**<br>348 Poplar Lane<br>Mason, MI 48854<br>SSN: xxx–xx–0802<br><br>**Debtor(s)** | Case Number 09–10531–jdg<br><br>Chapter 13<br><br>Honorable James D. Gregg |
|---|---|

## ORDER STRIKING PLEADING OR OTHER DOCUMENT

In the above-noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005–2(d), the following document(s) presented for filing is(are) deemed defective:

Document Number(s): 53

Description of Document: Transfer of Claim

Reason for Defect: Improper Format– case name and number do not match

The document must be refiled with the Court to correct the defect within twenty-one (21) days of the date below. A pleading which is timely filed to correct the defect, shall be considered filed as of the date that the pleading was originally received by the Court.

Daniel M. LaVille
Clerk of Court

**Dated:** July 20, 2012