United States Bankruptcy Court
Western District of Michigan

In re:                                                          Case No. 09-10531-jdg
Casey Shann                                                     Chapter 13
Jennifer Shann
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0646-1          User: botmak           Page 1 of 2           Date Rcvd: Apr 18, 2013
                              Form ID: ostrk1        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2013.
cr              +Capital One, N.A.,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
                  Tucson, AZ 85712-1083
cr              +eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,
                  TUCSON, AZ 85712-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 20, 2013**                    **Signature:** _Joseph Speetjens_

```
District/off: 0646-1           User: botmak                Page 2 of 2                   Date Rcvd: Apr 18, 2013
                               Form ID: ostrk1             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2013 at the address(es) listed below:
          Barbara P. Foley    ecf@chpt13.com, chpt13@yahoo.com
          Debra A. Kowich    on behalf of Creditor  Board of Regents of the University of Michigan
          dkowich@umich.edu, schmitzr@umich.edu
          Gene F. Turnwald    on behalf of Debtor Casey Shann GTURNWALD@COMCAST.NET,
          gturnwaldlaw@hotmail.com
          James C. Baker    on behalf of Creditor  Lansing Automakers Federal Credit Union
          jbaker@smith-johnson.com
          Karen L. Rowse-Oberle    on behalf of Creditor  Lake Trust Credit Union successor to Nu Union
          Credit Union krowse-oberle@butler-butler.com
          Marcy J. Ford    on behalf of Creditor  US Bank Home Mortgage westernecf@trottlaw.com
          Patti H. Bass    on behalf of Creditor  Capital One, N.A. ecf@bass-associates.com
          Shawn C. Drummond    on behalf of Creditor  Michigan State Housing Develoment Authority
          westernecf@trottlaw.com
          Timothy Hillegonds    on behalf of Creditor  Chemical Bank thillegonds@wnj.com,
          jnikodemski@wnj.com
          W. Francesca Ferguson    on behalf of Creditor  U.S. Department of Education
          francesca.ferguson@usdoj.gov, donna.justice@usdoj.gov;jennifer.lehan@usdoj.gov
                                                                          TOTAL: 10

Form OSTRK1 (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Casey Shann**<br>348 Poplar Lane<br>Mason, MI 48854<br>SSN: xxx–xx–0797<br>**Jennifer Shann**<br>348 Poplar Lane<br>Mason, MI 48854<br>SSN: xxx–xx–0802<br><br>**Debtor(s)** | **Case Number 09–10531–jdg**<br><br>**Chapter 13**<br><br>**Honorable James D. Gregg** |

# NOTICE OF DEFECTIVE ENTRY OR FILING

In the above–noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005–2(e), the following document(s) presented for filing is(are) deemed defective:

    Document Number: 64

    Description of Document: Notice of Transfer/Assignment of Claim Transferor

    Reason for Defect: Case name & number do not match

    NOTICE IS FURTHER GIVEN that the following action must be taken.

☑ Document needs to be re–filed
☐

If you have any questions, please contact the ECF HelpDesk by e:mailing ecfhelpdeskmiwb@miwb.uscourts.gov , calling (616) 456–2693 or by using online chat via www.miwb.uscourts.gov

Daniel M. LaVille
Clerk of Court

**Dated:** April 18, 2013